*In re* JASON BEAUDRY, a Minor.—(THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* KENNETH A. BEAUDRY, Defendant-Appellant.)

(No. 74-38;

Second District (1st Division)—June 19, 1975.

Opinion by Mr. PRESIDING JUSTICE SEIDENFELD.

David F. Smith, of Loves Park, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford (Harris H. Agnew, Assistant State's Attorney, of counsel), for the People.